**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(713) 421-9200* |

**NOTICE OF SETTING**
Before Judge Samuel H. Mays, Jr., United States District Judge

December 9, 2020

RE:   20-2098-SHM-cgc
         Mary Stewart  v. Officer Connor Schilling.

Dear Sir/Madam:

A **TELEPHONE STATUS CONFERENCE** has been **SET** for **THURSDAY, FEBRUARY 11, 2021** at **1:30 P.M. (Central Time)**  before United States District Judge Samuel H. Mays, Jr.

Counsel who wish to participate in the conference should call in to the following conference line:

Call # 1-877-848-7030
Access Code: 5600724
Participant password: 2098

If you have any questions, please contact me by e-mail or at the number provided below, or contact Ms. Daphne Rankin at (901) 495-1283.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   S/ *Jairo Mendez*
         Jairo Mendez, Case Manager
         901-495-1217
         E-mail: jairo_mendez@tnwd.uscourts.gov